UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAPREI HARRIS,

        Plaintiff,

v.

KING COUNTY, et al.,

        Defendants.

Case No. 16-1793 RSM-BAT

**ORDER DENYING PLAINTIFF'S REQUEST FOR ISSUANCE OF SUBPOENA**

Before the Court is Plaintiff's request for a subpoena directed to the King County Correctional Facility. Dkt. 21. The Court declines to issue the subpoena. This is a discovery request that plaintiff should serve on defendants pursuant to the Federal Rules of Civil Procedure governing the production of documents.

The Court does not involve itself in the parties' discovery efforts unless a dispute arises over production of the information requested. If it becomes necessary to file a motion to compel production of the information requested, plaintiff is referred to Fed. R. Civ. P. 37 and LCR 37(a)(1), which require that the parties first meet and confer with each other in an effort to resolve the dispute without court action.

DATED this 13th day of March, 2017.

                                          BRIAN A. TSUCHIDA
                                        United States Magistrate Judge

ORDER DENYING PLAINTIFF'S REQUEST FOR ISSUANCE OF
SUBPOENA - 1