UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAPREI HARRIS,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY, et al.,<br><br>                Defendants. | Case No. C16-1793 RSM-BAT<br><br>**ORDER RE-NOTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DIRECTING PLAINTIFF TO FILE RESPONSE WITH THE COURT** |

Defendants' motion for summary judgment is noted for July 7, 2017. Dkt. 23. On July 5, 2017, defendants filed their reply indicating that they had received plaintiff's response to their motion for summary judgment on July 5, 2017. Dkt. 29. However, plaintiff failed to file his response with the Court. The Court cannot complete its determination of defendants' motion without plaintiff's response.

Accordingly, it is **ORDERED:**

1. Plaintiff is directed to file his response with the Court by **July 28, 2017**.

2. The Clerk is directed to **re-note** defendants' motion for summary judgment (Dkt. 23) for **July 28, 2017**.

ORDER - 1

3. The Clerk shall send a copy of this Order to plaintiff and to counsel for the King County Defendants.

**DATED** this  11th  day of July, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER - 2