UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAPREI HARRIS,

                Plaintiff,

v.

KING COUNTY, et al.,

                Defendants.

Case No. C16-1793 RSM-BAT

**SECOND ORDER RE-NOTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants' motion for summary judgment was originally noted for July 7, 2017. Dkt. 23. On July 5, 2017, defendants filed their reply indicating that they had received plaintiff's response to their motion for summary judgment on July 5, 2017. Dkt. 29. However, plaintiff failed to file his response with the Court and therefore the Court directed plaintiff to file his response, and re-noted the summary judgment motion for July 28, 2017. Dkt. 30.

Upon review of defendants' motion for summary judgment, the Court discovered defendants had failed to file the declaration of Chris Womack, which is referenced in their motion. Defendants filed the declaration and served a copy of the declaration on plaintiff on July 31, 2017. Dkt. 31. So that the plaintiff will have sufficient time to review the newly filed declaration, the Court will re-note the summary judgment motion once again.

ORDER - 1

Accordingly, it is **ORDERED:**

1. Defendants' motion for summary judgment (Dkt. 23) is **re-noted for August 18, 2017.**

2. The Clerk shall send a copy of this Order to plaintiff and to counsel for defendants.

**DATED** this  31st  day of July, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER - 2