1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
7                                              AT SEATTLE

8    DAPREI HARRIS,

9                               Plaintiff,                    Case No. C16-1793 RSM-BAT

10         v.                                                 **ORDER OF DISMISSAL**

11   KING COUNTY, et al.,

12                              Defendants.

13         The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

14   Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and

15   **ORDER**:

16         (1)   The Court adopts the Report and Recommendation.

17         (2)   Defendants' motion for summary judgment (Dkt. 23) is **GRANTED**; plaintiff's
                 claims against defendants are **dismissed with prejudice**.
18
           (3)   The Clerk is directed to send copies of this Order to Plaintiff and to Judge
19               Tsuchida.

20   DATED this 3rd day of October, 2017

21

22                                        ~~RICARDO S. MARTINEZ~~ MARSHA J. PECHMAN.
                                          United States District Judge
23

ORDER OF DISMISSAL - 1